Petitioner remains authorized to proceed in this action without payment of fees, pursuant to 28 U.S.C. § 1915. I decline to appoint counsel.

SO ORDERED:

Vernon Broderick

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

10/19/2026

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

REGINALD SWINTON,
Plaintiff/Petitioner

V.

STEVEN RACETTE,
Defendant/Respondent

12 CIVIL 9051
(VSB), (FM)

## APPLICATION AND AFFIDAVIT

I, REGINALD SWINTON, apply pursuant to 28 U.S.C.A., § 1915 for leave to proceed in the above-entitled action without prepayment of costs or security. I support of my application I declare under penalty of perjury that the following facts are true:

1. I am the plaintiff in the above-entitled action and I believe I am entitled to redress.

2. Due to my proverty, I am unable to pay the costs of such proceeding or give security for such costs.

3. Appointing counsel to represent plaintiff in above entitled proceeding, pursuant to 18 U.S.C., § 3006A (b).

4.This motion is based on the records and files in this action.

5. The nature of plaintiff's action is based on violation of Federal Rules of Civil Procedures, Rule 60(b)(4), based on Federal Judge Broderick's habeas determination being predicated on factual and legal errors that were

reached in a manner inconsistent with due process of law, calling into question some defect in the integrity of the habeas proceedings.

Dated: April, 16, 2026

RESPECTFULLY SUBMITTED,

Reginald Swinton, Plaintiff, Pro-Se.,
Clinton Correctional Facility
P.O. Box 2001, #07-A-3279
Dannemora, New York 12929